■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BRADY S. WILLIAMS, Appellant, v ALLEN CAPWELL, as Sheriff of Wyoming County, et al., Respondents. [621 NYS2d 1008] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DONALD J. GRABOWSKI, JR., Respondent. [621 NYS2d 1008] —Order unanimously affirmed for reasons stated in decision at Supreme Court, Rossetti, J. (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—Dismiss Indictment.) Present —Green, J. P., Balio, Fallon, Callahan and Boehm, JJ.